IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REYBOLD CONSTRUCTION CORPORATION, | ) ) ) | C.A. No.  08-CV-374 UNA |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| RALPH GREBOW, | ) ) ) | |
| Defendant. | ) | |

### AMENDMENT TO THE COMPLAINT

The attached documents are hereby filed as an amendment to the Complaint in the above matter:

1. Receipt given at the time of mailing notice to Ralph Grebow, under 10 Del. C. § 3104;

2. The return receipt received on June 25, 2008; and

3. Affidavit of plaintiff's attorney.

MORRIS JAMES LLP

/s/ John H. Newcomer, Jr.
John H. Newcomer, Jr. (I.D. # 2323)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6975
jnewcomer@morrisjames.com

Dated: June 30, 2008

728531v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REYBOLD CONSTRUCTION CORPORATION, | ) )  C.A. No.  08-CV-374 UNA ) |
| Plaintiff, | ) ) |
| v. | ) JURY TRIAL DEMANDED ) |
| RALPH GREBOW, | ) ) |
| Defendant. | ) ) ) |

## AFFIDAVIT

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )  ss. |
| NEW CASTLE COUNTY | ) |

BE IT REMEMBERED that on this 30TH day of June, 2008, personally appeared before me, a Notary Public for the State and County aforesaid, John H. Newcomer, Jr., who being duly sworn according to law, did say:

1. He is the attorney for the plaintiff in the above-captioned action;

2. That on June 19, 2008, he caused to be mailed a letter by Registered Mail - Return Receipt Requested to Ralph Grebow.

3. That on June 25, 2008, he received the signed return receipt for the aforementioned letter, and that such receipt is attached hereto and made a part hereof.

4. That the registered letter provided notice to the defendant that the original process and Complaint in the above-captioned case had been served upon the Secretary of State of the State of Delaware, and that pursuant to 10 Del. C. §3104, such service was effectual as if it had been made upon it personally in the State of Delaware;

-2-

      5.    That the receipt obtained at the time of mailing the registered letter is attached hereto and made a part hereof.

                                                                   John H. Newcomer, Jr.

SWORN TO AND SUBSCRIBED before me this 30th day of June, 2008.



                                                    Jodi L. Olliver
                                                    NOTARY PUBLIC



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** RB42 0635 026U S          **Service Calculation Acceptance Date/Time:** 06/19/2008 18:44

| | | | | | |
|---|---|---|---|---|---|
| **Destination** | **ZIP Code:** 08830 | | **City:** ISELIN | | **State:** NJ |
| **Origin** | **ZIP Code:** 19850-9609 | | **City:** WILMINGTON | | **State:** DE |

**Class:** First Class
**Anticipated Delivery Date:** 06/21/2008
**Weight:** 0 **lb(s)** 3 **oz(s)**          **Postage:** $1.17
**Delv Rqmt:** Normal Delivery          **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| RETURN RECEIPT | | $2.20 |
| REGISTERED MAIL | RB42 0635 026U S | $10.00 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 06/24/2008 15:38 | FLORHAM PARK, NJ 07932 | 030SHQ0NPQ |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 06/24/2008 08:19 | FLORHAM PARK, NJ 07932 | 030SHQ0PLX |
| FORWARDED | 06/23/2008 10:03 | ISELIN, NJ 08830 | 030SHNZK25 |
| ARRIVAL AT UNIT | 06/23/2008 07:49 | ISELIN, NJ 08830 | 030SHNZK25 |
| ACCEPT OR PICKUP | 06/19/2008 18:44 | WILMINGTON, DE 19850 | |



**Enter Request Type and Item Number:**

**Quick Search**  ⦿          **Extensive Search**  ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ralph Grebow
485A Route 1 South
Suite 310
Iselin, NJ 08830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) [name]   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☑ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RB 420 635 026 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

KEARNY NJ

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John Newcomer
Morris James LLP
P.O. Box 2306
Wilmington, DE 19899-2306