IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REYBOLD CONSTRUCTION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 08-374-JJR |
| RALPH GREBOW, | ) ) ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE OF CO-COUNSEL

**PLEASE ENTER** the appearance of Jeffrey M. Weiner, Esquire, 1332 King Street, Wilmington, Delaware 19801 as co-counsel on behalf of Plaintiff Reybold Construction Corporation.

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505
Counsel for Plaintiff

DATED:   July 10, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of the **Entry of Appearance as Co-Counsel** were E-served this 10th day of July 2008:

DAVID A. FELICE, ESQUIRE
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403